IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAYLOR TOURS, LLC, and<br>NATIONAL INTERSTATE INSURANCE<br>COMPANY, as subrogee of Taylor Tours,<br>LLC,<br>      Plaintiffs,<br><br>      v.<br><br>SENSATA TECHNOLOGIES, INC.,<br>SENSATA TECHNOLOGIES OF<br>MASSACHUSETTS, INC.,<br>PREVOST CAR, INC.,<br>PREVOST CAR (US), INC., and<br>TEXAS ELECTRONIC INSTRUMENTS,<br>      Defendants. | CIVIL ACTION<br><br>NO. 16-4682 |

**O R D E R**

AND NOW, this 17th day of February, 2017, upon consideration of Defendants Prevost Car, Inc. n/k/a Prevost, a Division of Volvo Group Canada, Inc. and Prevost Car (US) Inc.'s Motion to Dismiss (Doc. No. 17, filed Nov. 17, 2016) and Plaintiffs' Response to Defendants Prevost Car, Inc. and Prevost Car (US) Inc.'s Motion to Dismiss (Doc. No. 21, filed Nov. 21, 2016), for the reasons set forth in the accompanying Memorandum dated February 17, 2017, **IT IS ORDERED** that defendants' Motion to Dismiss is **DENIED WITHOUT PREJUDICE** to defendants' right to raise the issues presented after completion of discovery by motion for summary judgment and/or trial.

                                                                     BY THE COURT:

                                                                       /s/ Hon. Jan E. DuBois
                                                                       _____
                                                                        DuBOIS, JAN E., J.